UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANA JACKSON,**

       Plaintiff,

                            USDC Case No. 08-cv-13374
                            Honorable Patrick J. Duggan
                            Magistrate Judge Mona K. Majzoub

vs.

**CERTAINTEED CORPORATION,**

       Defendant.
_____/

| THE RASOR LAW FIRM, PLLC | CLARK HILL, PLC |
|---|---|
| James B. Rasor (P43476) | Connie M. Cessante (P40935) |
| Kara L. Rosso (P66281) | Attorneys for Defendant |
| Attorneys for Plaintiff | 500 Woodward Avenue, Suite 3500 |
| 500 S. Washington Avenue, Suite 5 | Detroit, Michigan 48226 |
| Royal Oak, Michigan 48067 | (313) 965-8300 |
| (248) 543-9000 | ccessante@clarkhill.com |
| jbrasor@rasorlawfirm.com | |

_____/

**STIPULATED ORDER JOINING ALL CLAIMS
AND DISMISSING COMPLAINT WITH PREJUDICE
<u>AGAINST DEFENDANT</u>**

    At a session of said Court, held at the Theodore Levin U.S. Courthouse, located at 231 W. Lafayette, in the City of Detroit, County of Wayne, State of Michigan on **<u>April 17, 2009.</u>**

      PRESENT:  HONORABLE PATRICK J. DUGGAN
                     **Patrick J. Duggan**
                     **U.S. DISTRICT COURT JUDGE**

    This matter having come before the Court, pursuant to the stipulated agreement of the parties, as represented by their undersigned counsel, that Plaintiff has joined all claims that he

has had at any time up to and including the date of entry of this Order and that Plaintiff agrees to voluntarily dismiss with prejudice his claims against Defendant; and the Court being duly advised in the premises, **NOW THEREFORE:**

**IT IS ORDERED AND ADJUDGED** that Plaintiff has joined all claims that he has had at any time up to and including the date of entry of this Order against Defendant.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Complaint and all causes of action contained within it be dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that neither party shall recover their costs or attorney fees from the other party.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge

Dated: April 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2009 ,by electronic and/or ordinary mail.
> s/Marilyn Orem
> Case Manager

Stipulated and Agreed:

| **THE RASOR LAW FIRM, PLLC** | **CLARK HILL PLC** |
|---|---|
| s/"with consent of" *Kara Rosso* | s/*Connie M. Cessante* |
| James B. Rasor (P43476) | Connie M. Cessante (P40935) |
| Kara L. Rosso (P66281) | Attorneys for Defendant |
| Attorneys for Plaintiff | 500 Woodward Avenue, Suite 3500 |
| 500 S. Washington Avenue, Suite 5 | Detroit, Michigan 48226 |
| Royal Oak, Michigan 48067 | (313) 965-8300 |
| Email : klr@rasorlawfirm.com | Email: ccessante@clarkhill.com |